Certificate Number: 05781-TXE-DE-041382271

Bankruptcy Case Number: 26-60549

05781-TXE-DE-041382271

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 28, 2026, at 3:55 o'clock PM PDT, Hannah Megrath completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Texas.

Date: August 28, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President